# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

CONSULTAMERICA, INC.,
et al.,

    PLAINTIFFS,

v.                                                                  CASE NO. 5:10-CV-1299-IPJ

MARVIN REX RANKIN, III, et al.,

    DEFENDANTS.

## ORDER

In accordance with the memorandum opinion entered this day,

It is **ORDERED** by the court that the motion to dismiss of defendants Balch, Rankin and WaterColor Management, Inc. (doc. 8), the motion to dismiss of defendant Rankin-Shelton-Hunter, Inc. (doc. 11), the motion to dismiss of defendant Sunbelt General Agency, Inc. (doc. 13), and the motion to dismiss of defendants Bayport Corporation, Ltd., and Water Treatment Industry Assurance Co. (doc. 31), be and hereby are **GRANTED**. The plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this the 20th day of January, 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE