Case 5:10-cv-01299-IPJ   Document 52   Filed 05/02/12   Page 1 of 2

Case: 11-12203   Date Filed: 05/02/2012   Page: 1 of 1   (1 of 2)

FILED
2012 May-02  PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 02, 2012

Sharon Harris
United States District Court
101 HOLMES AVE STE
HUNTSVILLE, AL 35801

Appeal Number: 11-12203-FF
Case Style: Consult America, Inc., et al v. Marvin Rankin, III, et al
District Court Docket No: 5:10-cv-01299-IPJ

The enclosed judgment is hereby issued as the mandate of this court.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin
Phone #: (404) 335-6178

Enclosure(s)

MDT-1 Letter Issuing Mandate

# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 11-12203
_____

District Court Docket No.
5:10-cv-01299-IPJ

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 19, 2012
JOHN LEY
CLERK

CONSULT AMERICA, INC.,
CAREGIVERS OF PENSACOLA, INC.,

  Plaintiffs - Appellants.

versus

MARVIN REX RANKIN, III,
EDD BALCH,
RANKIN-SHELTON-HUNTER, INC.,
WATERCOLOR MANAGEMENT, INC.,
fka Rankin-Shuttleworth, Inc.,
fka Rankin-Rivers, Inc.,,
SUNBELT GENERAL AGENCY, INC., et al.,

  Defendants - Appellees.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: March 19, 2012
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

Issued as Mandate:
May 2, 2012